UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAYTON D. KIRSH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SUN RAY COURT TREATMENT,<br><br>　　　　　　　Defendant. | NO:  2:16-CV-00060-SMJ<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed April 26, 2016, the Court instructed Plaintiff, a prisoner at the Washington Corrections Center, to either pay the $400.00 fee ($350.00 filing fee plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914, or to submit a completed application to proceed without prepayment of the filing fee, along with a six month statement of his inmate account as required by 28 U.S.C. § 1915(a), ECF No. 7.  Plaintiff did not comply with the Court's directive and has filed nothing further in this action.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

Accordingly, for the reasons set forth above and in the Court's prior Order,

**IT IS ORDERED** that this action is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment and forward copies to Plaintiff. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 25th day of May 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 2