AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CLAYTON D. KIRSH,

_____
*Plaintiff*
v.
SUN RAY TREATMENT,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:16-CV-00060-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   This action is DISMISSED for failure to comply with the filing fee requirements of 28 U.S.C. 1914 and 1915.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for

Date:  5/25/2016_____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen